| | | | |
|---|---|---|---|
| Case No. | **CV 19-03515-CJC (JEMx)** | Date | October 16, 2019 |
| Title | **Rafael Arroyo, Jr. v. Dorothy Mamula, et al.** | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF RAFAEL ARROYO, JR.'S MOTION TO COMPEL INITIAL DISCLOSURES; OR, IN THE ALTERNATIVE, FOR AN ORDER EXCLUDING NON-DISCLOSED WITNESSES AND DOCUMENTS (Dkt. 17)**

     Defendants did not file any opposition to Plaintiff Rafael Arroyo, Jr.'s Motion To Compel Initial Disclosures Or For An Order Excluding Non-Disclosed Witnesses And Documents ("Motion"). Therefore, the Court issues this ORDER TO SHOW CAUSE on or before **October 23, 2019** why Plaintiff's Motion should not be granted in its entirety.

cc**:** All Parties

| | : | |
|---|---|---|
| | Initials of Preparer | slo |