# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-03515-CJC (JEMx) | Date | January 31, 2020 |
| Title | Rafael Arroyo, Jr. v. Dorothy Mamula, et al. | | |

**Present: The Honorable JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE IN RE PLAINTIFF RAFAEL ARROYO, JR.'S MOTION (1) COMPELLING SET ONE RESPONSES TO REQUESTS FOR THE PRODUCTION OF DOCUMENTS; (2) COMPELLING SET ONE RESPONSES TO INTERROGATORIES; (3) SEEKING RULE 37 SANCTIONS (Dkt. 22)**

Before the Court is Plaintiff Rafael Arroyo, Jr.'s Motion To Compel Responses To Interrogatories And Requests For Production Of Documents And For Sanctions. ("Motion") (Dkt. 22.) Defendant Dorothy Mamula did not provide her portion of the Joint Stipulation, or file any opposition or supplemental memorandum by the due date of January 28, 2020.

Accordingly, the Court issues an ORDER TO SHOW CAUSE why the Court should not grant Plaintiff's Motion and enter Plaintiff's Proposed Order (Dkt. 22-3) in its entirety. Defendant Mamula has until **Thursday, February 6, 2020** to file a Response to this OSC. If no response is received, the Court will enter Plaintiff's Proposed Order. If a response is filed, Plaintiff may file a Reply on or before **February 11, 2020**. The hearing date for the Motion on February 11, 2020 is hereby off calendar.

The Court admonishes Defendant that failure to respond to discovery requests and Motions risks entry of a default judgment.

cc**:** All Parties

| | : |
|---|---|
| Initials of Preparer | slo |